IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFI BENLIAN | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 15-2128 |
| v. | : | |
| | : | |
| PECO ENERGY CORPORATION and | : | |
| EXELON CORPORATION | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 20th day of July 2016, upon consideration of the *motion of Defendants PECO Energy Company and Exelon Corporation for dismissal pursuant to Fed. R. Civ. P. 12(b)*, [ECF 8], Defendants' reply in support of the motion to dismiss, [ECF 18], and Plaintiff's correspondences, [ECF 10, 13, 19, 20], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that Defendants' motion to dismiss is **GRANTED**. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*